NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED


IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JOSHUA J. JACKSON,                    )
                                      )
            Appellant,                )
                                      )
v.                                    )     Case No. 2D18-4076
                                      )
STATE OF FLORIDA,                     )
                                      )
            Appellee.                 )
_____  )


Opinion filed May 29, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hardee County; Marcus J. Ezelle, Judge.


PER CURIAM.


            Affirmed.


NORTHCUTT, MORRIS, and BADALAMENTI, JJ., Concur.